Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 1 1 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| AUSTIN CARLIN | § § | C-15-214 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 22, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

AUSTIN CARLIN,

did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, carry away, and hold K.D., for some purpose and benefit, and the defendant did use means, facilities, and instrumentalities of interstate and foreign commerce, to wit: a U.S. highway and a motor vehicle, in committing and in furtherance of the commission of this offense.

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *[signature]*
HUGO R. MARTINEZ
Assistant United States Attorney